# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANDRA SOLIS,<br><br>                Plaintiff,<br><br>       v.<br><br>CITY OF FRESNO, FRESNO POLICE DEPARTMENT, DAVID FRIES, and JOHN GOMEZ,<br><br>                Defendants. | 1:11-CV-0053  AWI GSA<br><br>VACATING MARCH 21, 2011 HEARING AND TAKING MATTERS UNDER SUBMISSION |

Currently set for hearing and decision on March 21, 2011, are Defendants' motion to strike and motion to dismiss.  Pursuant to Local Rule 230(h), the court has reviewed the moving papers and has determined that the matters are suitable for decision without oral argument.

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 21, 2011, is VACATED, and the parties shall not appear at that time.  As of March 21, 2011, the Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   March 16, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE