1    **BETTS & RUBIN, A Professional Corporation**
     907 Santa Fe Avenue, Suite 201
2    Fresno, California 93721
     Telephone: (559) 438-8500
3    Facsimile:  (559) 438-6959

4    James B. Betts (State Bar #110222)
     Joseph D. Rubin (State Bar #149920)
5
     Attorneys for Defendants CITY OF FRESNO, FRESNO POLICE DEPARTMENT,
6    DAVID FRIES, JOHN GOMEZ

7
                        UNITED STATES DISTRICT COURT
8
                        EASTERN DISTRICT OF CALIFORNIA
9

10
     SHANDRA SOLIS,                         )  Case No. 1:11-CV-00053-AWI-GSA
11                                          )
                      Plaintiff,            )  STIPULATION TO CONTINUE
12                                          )  SCHEDULING CONFERENCE;
             v.                             )  AND ORDER THEREON
13                                          )
     CITY OF FRESNO; FRESNO POLICE          )
14   DEPARTMENT, DAVID FRIES, JOHN          )
     GOMEZ,                                 )
15                                          )
                      Defendants.           )
16   _____)

17

18          IT IS HEREBY STIPULATED AND AGREED, by and between the parties,

19   through their respective counsel of record, as follows:

20          1.     The initial Scheduling Conference in this matter is scheduled to be heard

21   on April 21, 2011.

22          2.     On February 10, 2011, the City Defendants filed a motion to dismiss and

23   a motion to strike under the anti-SLAPP statute.  On March 16, 2011, the Court took the

24   motions under submission.  To date, no decision has been rendered.

25   ////

26   ////

27   ////

28   ////

                                                    Stipulation to Continue Scheduling Conference

1         3.      Thus, it is respectfully requested that the Scheduling Conference

2  scheduled in the captioned matter before this Court on April 21, 2011 be continued to a

3  date in June or July which is convenient to the Court's calendar.

4

5  Respectfully requested,

6

7  Dated: April 5, 2011                 BETTS & RUBIN

8

9                             By  /s/ Joseph D. Rubin

10                                  Joseph D. Rubin
                               Attorneys for Defendants CITY OF FRESNO,
                               FRESNO POLICE DEPARTMENT, DAVID

11                               FRIES, JOHN GOMEZ

12

13  Dated: April 5, 2011                 Gilmore, Wood, Vinnard & Magness

14

15                             By  /s/ Daniel W. Rowley

16                                   Daniel W. Rowley
                               Attorneys for Plaintiff SHANDRA SOLIS

17

18

19                             **ORDER**

20

21       The initial scheduling conference is CONTINUED to **July 27, 2011, at 9:00 a.m.**

22  in Courtroom 10.

23    IT IS SO ORDERED.

24     **Dated:**   **April 5, 2011**          **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE

25

26

27

28

    Stipulation to Continue Scheduling Conference