1  **BETTS & RUBIN, A Professional Corporation**
2  907 Santa Fe Avenue, Suite 201
   Fresno, California 93721
3  Telephone: (559) 438-8500
   Facsimile:  (559) 438-6959
4  James B. Betts (State Bar #110222)
   Joseph D. Rubin (State Bar #149920)
5
6  Attorneys for Defendants CITY OF FRESNO, FRESNO POLICE DEPARTMENT, DAVID FRIES, JOHN GOMEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANDRA SOLIS, | Case No. 1:11-CV-00053-AWI-GSA |
| Plaintiff, | STIPULATION TO CONTINUE SCHEDULING CONFERENCE; AND ORDER THEREON |
| v. | |
| CITY OF FRESNO; FRESNO POLICE DEPARTMENT, DAVID FRIES, JOHN GOMEZ, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel of record, as follows:

1.  The initial Scheduling Conference in this matter is scheduled to be heard on July 27, 2011.

2.  On February 10, 2011, the City Defendants filed a motion to dismiss and a motion to strike under the anti-SLAPP statute. On March 16, 2011, the Court took the motions under submission. To date, no decision has been rendered.

////
////
////
////

3. Thus, it is respectfully requested that the Scheduling Conference scheduled in the captioned matter before this Court on July 27, 2011 be continued to a date in September or October which is convenient to the Court's calendar.

Respectfully requested,

Dated: July 13, 2011                    BETTS & RUBIN

                                        By /s/ Joseph D. Rubin
                                           Joseph D. Rubin
                                        Attorneys for Defendants CITY OF FRESNO, FRESNO POLICE DEPARTMENT, DAVID FRIES, JOHN GOMEZ

Dated: July 13, 2011                    Gilmore, Wood, Vinnard & Magness

                                        By /s/ Daniel W. Rowley
                                           Daniel W. Rowley
                                        Attorneys for Plaintiff SHANDRA SOLIS

**ORDER**

The Initial Scheduling Conference shall be CONTINUED to October 5, 2011, at 9:30 a.m., in Courtroom 10.

IT IS SO ORDERED.

Dated: **July 13, 2011**              **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE