IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANDRA SOLIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FRESNO, et al.,<br><br>　　　　　Defendants. | 1:11-CV-00053 AWI GSA<br><br>ORDER VACATING NOVEMBER 7, 2011 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

　　　Currently pending before this Court is Defendants' motion to dismiss. This motion is set for hearing on November 7, 2011, at 1:30 p.m. in Courtroom 2. The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 7, 2011, is VACATED, and the parties shall not appear at that time. As of November 7, 2011, the Court will take this matter under submission, and will thereafter issue its decision. IT IS SO ORDERED.

Dated:　November 3, 2011

　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE