1

2

3

4

5

6

7

8                **IN THE UNITED STATES DISTRICT COURT FOR THE**

9                        **EASTERN DISTRICT OF CALIFORNIA**

10

11   **SHANDRA SOLIS,**                    )        **1:11-CV-00053 AWI GSA**
                                           )
12              **Plaintiff,**             )        **ORDER VACATING**
                                           )        **FEBRUARY 6, 2012 HEARING**
13          **v.**                         )        **AND TAKING MATTERS**
                                           )        **UNDER SUBMISSION**
14   **CITY OF FRESNO, et al.,**           )
                                           )        (Doc. No. 35)
15              **Defendants.**            )
     _____)

16

17       Currently pending before this Court is Defendants' Motion to Dismiss Federal Claims in

18   the Second Amended Complaint.  See Court's Docket, Doc. No. 35.  This motion is set for

19   hearing on February 6, 2012, at 1:30 p.m. in Courtroom 2.  The Court has reviewed the moving

20   papers and has determined that the matter is suitable for decision without oral argument.  See

21   Local Rule 230(g).

22       Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 6,

23   2012, is VACATED, and the parties shall not appear at that time.  As of February 6, 2012, the

24   court will take the matters under submission and will thereafter issue its decision.

25   IT IS SO ORDERED.

26

27   Dated:    January 31, 2012
                                              _____
28                                            CHIEF UNITED STATES DISTRICT JUDGE