IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANDRA SOLIS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF FRESNO, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | 1:11-CV-00053 AWI GSA <br><br> ORDER VACATING FEBRUARY 6, 2012 HEARING AND TAKING MATTERS UNDER SUBMISSION <br><br> (Doc. No. 35) |

Currently pending before this Court is Defendants' Motion to Dismiss Federal Claims in the Second Amended Complaint. See Court's Docket, Doc. No. 35. This motion is set for hearing on February 6, 2012, at 1:30 p.m. in Courtroom 2. The Court has reviewed the moving papers and has determined that the matter is suitable for decision without oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 6, 2012, is VACATED, and the parties shall not appear at that time. As of February 6, 2012, the court will take the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    January 31, 2012

CHIEF UNITED STATES DISTRICT JUDGE